# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JULIETA GARIBAY, *et al.* | § § | |
| vs. | § § § | Civil Action No. 2:19-cv-00040 |
| DAVID WHITLEY, *et al.* | § | |

### DECLARATION OF VIRIDIANA TULE CARRIZALES
### IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER

STATE OF TEXAS                    §
COUNTY OF BEXAR              §

1. My name is Viridiana Tule Carrizales, and I am a resident and registered voter of Bexar County. I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of each of the matters stated in this declaration.

2. I naturalized as a United States citizen on May 24, 2016.

3. I registered to vote during the summer of 2016, and I voted in the 2016 Presidential Election and the 2018 midterm General Election

4. I currently have a valid Texas driver's license. The Department of Public Safety ("DPS") issued my current driver's license to me on January 10, 2019. My driver's license expires on February 22, 2025.

5. When I went to apply for my original driver's license, I provided my green card to prove my lawful presence.

6. Because I registered to vote after showing a green card at DPS, I believe I am on the Secretary of State's list of suspected non-U.S. citizen registrants and voters. When I

1

realized I could potentially be on the list, I felt very nervous. The naturalization process was very lengthy and to have my citizenship questioned made me feel worried I would have to go through the process again. I felt like someone was trying to come after me and I did not know if someone was going to show up at my house to investigate me. I was scared I would not be able to vote again in the future.

7. I do not know how I would be able to become a registered voter again if I am removed from the voter rolls for non-U.S. citizenship, despite the fact that I am a U.S. citizen. It is unfair that I would have to go through the entire process again to register to vote when I have done everything the right way and became a United States citizen before registering to vote.

8. I became a deputy voter registrar in 2018. Potentially being on the list of individuals accused of illegal voter registration and voting makes me afraid to continue to register persons to vote. I am now nervous to be civically involved because I feel targeted by the state.

9. I have been contacted by numerous friends and family members who have naturalized and feel very nervous that they may be on the list of people accused of illegal voter registration and voting. They are too afraid to check if they are on the list.

//
//
//
//
//
//

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed in Bexar County, Texas on the 7th day of February, 2019.

_____
Viridiana Tule Carrizales